**Form B18** (Official Form 18)(12/03)

# United States Bankruptcy Court
Eastern District of Virginia
1100 East Main Street
Richmond, VA 23219

**Case Number**   05−33189−DOT
**Chapter**   7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Kimberly K. Caldwell
207 North Linden Avenue
Highland Springs, VA 23075

Social Security No.:
   Debtor: xxx−xx−4432

Employer's Tax I.D. No.:
   Debtor:  NA

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated:  July 25, 2005                                                                                    William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (12/03)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0422-7          User: admin              Page 1 of 1           Date Rcvd: Jul 27, 2005
Case: 05-33189                Form ID: B18             Total Served: 22
```

The following entities were served by first class mail on Jul 28, 2005.
```
db       +Kimberly K. Caldwell,    207 North Linden Avenue,    Highland Springs, VA 23075-1817
aty      +Keith A. Pagano,    Pagano & Associates, P.C.,    3991 E. Williamsburg Road,    Suite 100,
           Sandston, VA 23150-4716
tr        Sherman B. Lubman,    P.O. Box 5757,    Glen Allen, VA  23058-5757
6774737  +ABN AMRO Mortgage Group,    2600 West Big Beaver Road,    Troy, MI 48084-3318
6774738   American General Fin. Services,    PO Box 4182,    Carol Stream, IL 60197-4182
6774739  +Citifinancial,    7445 Lee Davis Road,    Mechanicsville, VA 23111-4430
6774741  +Fred A. Knaysi, DDS,    1001 W. Nine Mile Rd,    Highland Springs, VA 23075-1146
6774743  +HFC,    P.O. Box 17574,    Baltimore, MD 21297-1574
6774742  +Hanover Bank,    P.O. Box 397,    Mechanicsville, VA 23111-0397
6774744  +Home Furnishings,    PO 12812,    Norfolk, VA 23541-0812
6774747  +Office of The U.S. Trustee,    600 East Main Street,    Suite 301,    Richmond, VA 23219-2430
6774749  +Presidential Resort,    9220 Plant Road,    Spotsylvania, VA 22553-4237
6774751  +RMA,    802 E. Marintown Rd. Suite 201,    North Augusta, SC 29841-5352
6774750  +Richmond City GDC,    800 E. Marshall Street,    re: 011066 Feb 25 05,    Richmond, VA 23219-1917
6774752   Sear Card,    Po Box 818017,    Cleveland, OH 44181-8017
6774753  +VACAP Federal Credit Un.,    1700 Robinhood Road,    Richmond, VA 23220-1000
6774754  +Visa,    POB 96099,    Charlotte, NC 28296-0099
6774755   Wells Fargo Financial,    POB 98784,    Las Vegas, NV 89193-8784
```

The following entities were served by electronic transmission on Jul 27, 2005 and receipt of the transmission
was confirmed on:
```
6774740  +EDI: CRFRSTNA.COM Jul 27 2005 07:13:00     Credit First N.A,    P.O. Box 81344,
           Cleveland, OH 44188-0001
6774743  +EDI: HFC.COM Jul 27 2005 07:14:00      HFC,    P.O. Box 17574,    Baltimore, MD 21297-1574
6774745   EDI: CBSKOHLS.COM Jul 27 2005 07:13:00     Kohl's,    P.O. Box 2983,    Milwaukee, WI 53201-2983
6774746  +EDI: TSYS.COM Jul 27 2005 07:12:00      Monogram Credit Card Bank,    P.O. Box 103036,
           Roswell, GA 30076-9036
6774748  +EDI: TSYS.COM Jul 27 2005 07:12:00      Old Navy,    POB 530942,    Atlanta, GA 30353-0942
6774752   EDI: SEARS.COM Jul 27 2005 07:13:00     Sear Card,    Po Box 818017,    Cleveland, OH 44181-8017
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 28, 2005**                    **Signature:** _Joseph Speetjens_